UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE SUNDBY and EDITH LITTLEFIELD SUNDBY; DALE SUNDBY and EDITH LITTLEFIELD SUNDBY, Trustees,<br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY NATIONAL TITLE COMPANY; and DOES 1-X, inclusive,<br><br>Defendants. | Case No.: 23-CV-01239-GPC-AHG<br><br>**ORDER OVERRULING OBJECTION TO TRANSFER PURSUANT TO LOW NUMBER RULE**<br><br>[ECF No. 78] |

On July 27, 2023, pursuant to Civil Local Rule 40.1.e and over Plaintiffs Dale Sundby's and Edith Littlefield Sundby's objections, Case No. 23-cv-1239 was transferred to Judge Gonzalo P. Curiel. ECF No. 77; *see* ECF No. 72, 74 (objections). Plaintiffs have filed an additional objection to the transfer, ECF No. 78, which the Court overrules for the reasons explained below.

In an effort to conserve judicial resources and "to avoid unnecessary duplication of judicial effort," Rule 40.1(j) instructs that "all pending civil actions and proceedings, which

1

are determined to be related to any other pending civil action or proceeding pursuant to the criteria set forth in [Rule] 40.1.e will be assigned to the district . . . judge to whom the lowest numbered case was assigned." Rule 40.1.e sets forth six criteria for consideration, including whether the cases "arise from the same or substantially identical transactions, happenings, or events" and whether they "involve the same or substantially the same parties or property." Additionally, Rule 40.1.a allows "[t]he judge to whom a case is assigned . . . [to] transfer such a case at any time to a consenting judge in the interest of efficient administration of the judicial business of the district."

      The above-captioned case was transferred to this Court because the transferor and transferee courts each agreed that it "ar[o]se from the same or substantially identical transactions, happenings or events" and "involve[d] the same or substantially the same parties or property," as the Low Numbered Case. ECF No. 77. The Low Numbered Case, Case No. 19-cv-390, was brought by Dale Sundby, pro se, "as trustee of the Dale H. Sundby and Edith Littlefield Sundby, Trust No. 1989-1 dated January 26, 1989" and concerned "the refinancing of a property in La Jolla, California." *Sundby v. Marquee Funding Grp.*, No. 21-55504, No. 21-55582, 2022 WL 4826445, at *1 (9th Cir. Oct. 3, 2022). It was dismissed on July 21, 2023. Case No. 19-cv-390 ECF No. 367. Currently pending in Case No. 23-cv-1239 is a motion to amend the complaint which would add the same defendants to the present proceedings as were involved in the Low Numbered Case. *Compare id.*, *with* ECF No. 70 at 1 (list of defendants). Additionally, the property at issue in the above-captioned matter is the same property for which the refinancing at issue in the Low Numbered Case was secured. *Compare* ECF No. 70 at 9–10, *with* Case No. 19-cv-390 ECF No. 13 at 5. Thus, these two cases satisfy at least two Low Number Rule criteria. *See* Rule 40.1.e.1, .2.

      Plaintiffs object to the transfer of the above-captioned matter only because Case No. 19-cv-390 is no longer "pending" before this Court and they argue it is no longer "subject

to the Low Number Rule." ECF No. 78 at 2. Plaintiffs do not engage with the application of the Low Number Rule to any case "currently filed," which would presumably apply to Case No. 19-cv-390. *See* Rule 40.1.e. Furthermore, given that on July 25, 2023, Sundby filed a notice of appeal of the Court's order of dismissal in Case No. 19-cv-390, *see* Case No. 19-cv-390 ECF No. 370, it is indisputable that Case No. 19-cv-390 is still "pending" in the traditional sense of the word. *See Pending*, Black's Law Dictionary (11th ed. 2019) ("Remaining undecided; awaiting decision"). Finally, Rule 40.1.a offers additional support that the above-titled case was properly transferred to this Court "in the interest of efficient administration of the judicial business of the district" given this Court's extensive experience and knowledge of the parties and legal matters at issue in both this case and the Low Numbered Case.

For these reasons, Plaintiffs' objection is hereby OVERRULED.

**IT IS SO ORDERED.**

Dated: August 3, 2023

Hon. Gonzalo P. Curiel
United States District Judge