UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE SUNDBY and EDITH LITTLEFIELD SUNDBY; DALE SUNDBY and EDITH LITTLEFIELD SUNDBY, Trustees,<br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY NATIONAL TITLE COMPANY; and DOES 1-X, inclusive,<br><br>Defendants. | Case No.: 23-CV-01239-GPC-AHG<br><br>**ORDER LIFTING STAY**<br><br>**[ECF 96]** |

On September 19, 2023, this Court issued a Sua Sponte Stay of Proceedings pending the outcome of Plaintiff Sundby's appeal to the Ninth Circuit in an alternate case, appellate case number 23-55659. ECF No. 96. The Ninth Circuit has since affirmed this Court's decision, *In re Sundby*, No. 23-55659, 2025 WL 1794429 (9th Cir. June 30, 2025), issuing a formal mandate on October 14, 2025.

As the Ninth Circuit has now issued its decision, the Court lifts the stay of proceedings in this case.

IT IS SO ORDERED.

Dated: November 14, 2025

Hon. Gonzalo P. Curiel
United States District Judge